**Order filed February 6, 2012**



In The
# Fourteenth Court of Appeals

_____

NO. 14-10-01026-CR

_____

**STANLEY CREEKS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the**
**County, Texas**
**Trial Court Cause No. 16369**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit #9.**

The clerk of the  is directed to deliver to the Clerk of this court the original of State's Exhibit #9, on or before **February 16, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #9, to the clerk of the .

PER CURIAM